■ JEAN CAPRIGLIONE et al., Plaintiffs, v NATIONAL CLEANING CONTRACTORS, INC., Defendant and Third-Party Plaintiff-Respondent. CHASE MANHATTAN BANK, N.A., Third-Party Defendant-Appellant. [621 NYS2d 894] —Appeal by the third-party defendant from an order of the Supreme Court, Nassau County (Saladino, J.), dated March 19, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Saladino at the Supreme Court (see, Bermudez v New York City Hous. Auth., 199 AD2d 356; Cichon v

*Brista Estates Assocs.,* 193 AD2d 926; *see also, Hesse v Speece,* 204 AD2d 514; *cf., Lilienfeld v Becker,* 153 Misc 2d 84, 85). Sullivan, J. P., Thompson, Copertino and Pizzuto, JJ., concur.